**No. 61910.**—United China & Glass Co. *v.* United States, protest 316236–K/15025 (New Orleans).

Opinion by JOHNSON, J. In accordance with oral stipulation of counsel that the merchandise described as decorated earthenware provincial covered boxes, item 47/2522, contained in cases 35 to 38, page 21 of the invoice, and cases 1209

to 1215, page 24 of the invoice, consists of decorated earthenware tableware, valued at $2 or more per dozen, the claim of the plaintiff was sustained.